JS-6

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN (Cal. Bar No. 190414)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2727
    Facsimile:  (213) 894-7177
    E-mail:  Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $79,375.00 IN U.S. CURRENCY, <br><br> Defendant. | No. CV 14-6483-GW(JCx)) <br><br> **ORDER DISMISSING ACTION PURSUANT TO RULE 41(a)(2)** |

    Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS SO ORDERED that the government's Verified Complaint for Forfeiture is dismissed with

1

prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(2).

The United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, are released from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant asset and/or this civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimants against the United States.

Funds representing the defendant currency shall be returned to Claimants through their attorney.  The necessary bank information shall be provided to the government within 10 days of the request for such information.

///

///

There was reasonable cause for the seizure of the defendant currency and the institution of this action as to said defendant. The order of dismissal shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: December 6, 2016                 _____
                                        GEORGE H. WU, U.S. District Judge

PRESENTED BY:
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


*/s/Jonathan Galatzan*
JONATHAN GALATZAN
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

3